APPENDIX A
**COMPLAINT FORMAT**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
_____ DIVISION

(Name of Plaintiff)
**Plaintiff** Roosevelt Williams JR.

vs. Monroe County District Attorney
Monroe County Probate Judge
(Name of Defendant(s))
**Defendant**
Lisa Lynam / McDonalds
James & Jimmy McKinley

Civil Action No. 14-250-CG-M

FILED JUN 4 '14 AM 11:47 USDC ALS

**COMPLAINT**
(Double space text of complaint)

I reserve the right to Amend this Complaint

1.

(Grounds for jurisdiction)

Federal LAW Violation

2.

(Show plaintiff's name(s) and residence or address)

Roosevelt Williams JR.
3655 OAK Grove Rd
Monroeville Ala. 36460

3.

(Show defendant(s) name(s) and address(es))

1. Monroe County District Attorney (Steve Wadlington & Larry Ikner)
2. Monroe County Probate Judge And Security (Greg Norris)
3. Lisa Lynam / McDonald (358 Seal Rd ~~Monroe Excel~~ Ala. 36439
4. JAMES McKinley
5. Jimmy McKinley
6. Others To Be Name

ON June 7, 2013 after winning a small claim case I was called a Nigger by a White Female name Lisa Lynam) mcdonald Slap and punch and the Face by a White Male Jimmy McKinley Stab by a White Male JAMES McKinley, and then lock up by the Dictrict Attorney office. This all took Place in the Monroe County Court House,

**APPENDIX A (Cont'd)**
**COMPLAINT FORMAT**

4. Hate CRIME / Civil Action

(State briefly your legal claim or your reason for filing suit.   Include the statue under which the suit is filed.)

5.

(Give a brief, concise statement of the specific facts involved in your case)

Police Report, Eye Wittnes, Video of the actual crime tape by the Survelance Camera channel 5 news clipping. Radio Station clipping and the News Paper the Monroe Journal

(State the relief you are requesting.)

Monetary damages, including Punitive damages, medical Cause, Mental Anguish, emotional Anguish, Hospital Bill, Ambulance Bill, Pain and Suffering, court cost, and all that the court deems Proper and nessarry and my Counseling and Theraphy cost.

_Roosevelt Williams Jr_
(Signature and date), pro se

3655 OAK GROVE Rd Monroeville
(Address) 36460

251-593-7198
(Phone Number)