IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROOSEVELT WILLIAMS, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0250-CG-M |
| | ) |
| MONROE COUNTY DISTRICT ATTORNEY, COUNTY OF MONROE, MONROE COUNTY COURTHOUSE, MONROE COUNTY SHERIFF'S DEPARTMENT, LISA LYNAM McDONALD, JAMES McKINLEY, and JIMMY McKINLEY, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court, with the following addition.

It is **ORDERED** that the Motion to Dismiss (Docs. 19-20) is **GRANTED** as to the Defendant Monroe County Sheriff's Department and Defendant Monroe County Courthouse, and **GRANTED** as to Defendant Monroe County for all claims brought against it pursuant to section 1983 and **DENIED** as to all other claims. It is further **ORDERED** that Defendant Monroe County District Attorney's Motion to Dismiss (Doc. 29) is **GRANTED**.

Because only state law claims remain pending against Defendant Monroe

County and the remaining individual defendants, the Court declines to exercise supplemental jurisdiction over those claims. See 28 U.S.C. § 1367(c)(3). All remaining claims are therefore **DISMISSED**.

    **DONE and ORDERED** this 7th day of January, 2016.

                                        /s/  Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE