IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROOSEVELT WILLIAMS, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-0250-CG-M |
| ) | |
| MONROE COUNTY DISTRICT ) | |
| ATTORNEY, COUNTY OF ) | |
| MONROE, MONROE COUNTY ) | |
| COURTHOUSE, MONROE COUNTY ) | |
| SHERIFF'S DEPARTMENT, LISA ) | |
| LYNAM McDONALD, JAMES ) | |
| McKINLEY, and JIMMY ) | |
| McKINLEY, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant Monroe County with respect to Plaintiff's section 1983 claims, and in favor of Defendants Monroe County Sheriff's Department, Monroe County Courthouse, and the Monroe County District Attorney with respect to all Plaintiff's claims.

Therefore, all Plaintiff's claims against Defendants Monroe County Sheriff's Department, Monroe County Courthouse, and the Monroe County District Attorney are **DISMISSED with prejudice**; Plaintiff's section 1983 claims against Defendant Monroe County are **DISMISSED with prejudice**; and Plaintiff's

remaining state law claims against Defendant Monroe County and the remaining individual defendants are **DISMISSED without prejudice**.

    **DONE and ORDERED** this 7th day of January, 2016.

                                      /s/ Callie V. S. Granade
                                      UNITED STATES DISTRICT JUDGE